## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ALEXIS NASH v. JOLT PARTNERS, INC

Case Number: 1:26-cv-14607

An appearance is hereby filed by the undersigned as attorney for:
George Moore

Attorney name (type or print): Anthony Paronich

Firm: Paronich Law, P.C.

Street address: 350 Lincoln Street, Suite 2400

City/State/Zip: Hingham, MA 02043

Bar ID Number: 678437
(See item 3 in instructions)

Telephone Number: (617) 485-0018

Email Address: anthony@paronichlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 23, 2026

Attorney signature: S/ Anthony I. Paronich
(Use electronic signature if the appearance form is filed electronically.)